No. 391, October Term, 1952. STEIN *v.* NEW YORK, 346 U. S. 156;

No. 393, October Term, 1952. COOPER *v.* NEW YORK, 346 U. S. 156;

No. 392, October Term, 1952. WISSNER *v.* NEW YORK, 346 U. S. 156;

No. 681, October Term, 1952. CAMMARATA *v.* OHIO, 345 U. S. 998;

No. 682, October Term, 1952. COOPER *v.* PEAK ET AL., 345 U. S. 957;

No. 724, October Term, 1952. ESTEP ET UX. *v.* ILLINOIS, 345 U. S. 970;

No. 742, October Term, 1952. PATTERSON *v.* SAUNDERS ET AL., 345 U. S. 998;

No. 759, October Term, 1952. SKOVGAARD *v.* UNITED STATES, 345 U. S. 994;

No. 791, October Term, 1952. NEAL *v.* UNITED STATES, 345 U. S. 996;

No. 792, October Term, 1952. DAVIS *v.* UNITED STATES, 345 U. S. 996;

No. 793, October Term, 1952. WISMILLER *v.* ESTATE OF GARRETT, 345 U. S. 996;

No. 808, October Term, 1952. PATTISON ET AL. *v.* UNION CENTRAL LIFE INSURANCE Co., 345 U. S. 996;

No. 812, October Term, 1952. GENERAL MOTORS CORP. ET AL. *v.* ACKERMANS, 345 U. S. 996;

No. 820, October Term, 1952. U. S. A. C. TRANSPORT, INC., ALSO DOING BUSINESS AS U. S. AIRPLANE TRANSPORT, INC., *v.* UNITED STATES, 345 U. S. 997;

No. 836, October Term, 1952. 24 DIGGER MERCHANDISING MACHINES ET AL. *v.* UNITED STATES, 345 U. S. 998; and

No. 843, October Term, 1952. KRAUSE ET AL. *v.* BUCHER, 345 U. S. 997. Petitions for rehearing denied.